Jamal A. WILLIAMS, Movant,

v.

STATE of Missouri, Respondent.

No. 63964.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 2, 1993.

Dave Hemingway, St. Louis, for movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant, Jamal A. Williams, appeals from the dismissal of his Rule 24.035 motion. The trial court dismissed his motion as untimely. *See* Rule 24.035(b).

The order of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The order of the trial court is affirmed. Rule 84.16(b).